DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIN ANN SCHNELL,**
Appellant,

v.

**WILLIAM JAY GERWIG,**
Appellee.

No. 4D2023-2193

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Frank David Ledee, Judge; L.T. Case No. FMCE17-012634.

Yosef Kudan and Alan J. Braverman of Stok Kon + Braverman, Fort Lauderdale, for appellant.

Monica I. Salis of Monica I. Salis, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***